UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BROOKLYN HEIGHTS ASSOCIATION, INC., BY ITS PRESIDENT JANE MCGROARTY,

FULTON FERRY LANDING ASSOCIATION, BY ITS PRESIDENT JOAN ZIMMERMAN,

THE NEW YORK LANDMARKS CONSERVANCY, and

THE PRESERVATION LEAGUE OF NEW YORK STATE,

        Plaintiffs,

v.

NATIONAL PARK SERVICE,

KENNETH SALAZAR,
Secretary of the U.S. Department of the Interior, and

BROOKLYN BRIDGE PARK DEVELOPMENT CORPORATION,

        Defendants,

BROOKLYN BRIDGE PARK CORPORATION, and

ST. ANN'S WAREHOUSE, INC.,

        Defendant-Intervenors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No: 11 CV 0226 (ENV)

**STIPULATION**

    **WHEREAS,** the parties in the above-referenced action (the "Parties") appeared before the Court on March 21, 2011, regarding Plaintiffs' motion for a preliminary injunction; and

    **WHEREAS,** Defendants and Defendant-Intervenors have no plans to physically alter the existing structure and/or condition of the Tobacco Warehouse, alter its current use, or alter its legal status during the relevant time period of this Stipulation;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the respective Parties hereto, as follows:

1. "Standstill Period" shall be defined as the period between March 21, 2011, and April 8, 2011.

2. During the pendency of the Standstill Period, Defendant Brooklyn Bridge Park Development Corporation and Defendant-Intervenors Brooklyn Bridge Park Corporation ("BBPC") and St. Ann's Warehouse, Inc. **will not**:

    (a) physically alter the existing structure and/or condition of the Tobacco Warehouse, including by excavating test pits or test borings into or in the immediate vicinity of any portion of the Tobacco Warehouse; or

    (b) execute or enter into any contracts or agreements that legally bind any City agency or entity, including BBPC, to alter the physical structure of the Tobacco Warehouse, to alter the current use of the Tobacco Warehouse, and/or to alter the legal status of the Tobacco Warehouse. Such legally binding contracts or agreements include but are not limited to ground or occupancy leases of the Tobacco Warehouse.

3. This Stipulation will not bind Defendant-Intervenor BBPC in the event of any emergencies requiring physical alterations to the existing structure and/or condition of the Tobacco Warehouse for public health or safety.

4. Defendants National Park Service and Kenneth Salazar agree to take no action inconsistent with the terms of this Stipulation.

5. During the pendency of the Standstill Period, Plaintiffs **will not** file any motion for injunctive relief against or discovery from Defendants or Defendant-Intervenors in connection with the Tobacco Warehouse.

IT IS FURTHER STIPULATED AND AGREED that, for purposes of this Standstill Agreement, faxed or scanned signatures shall be considered as original.

Dated:   New York, New York
         March 23, 2011

**GIBSON, DUNN & CRUTCHER LLP**
*Pro bono* Attorneys for Plaintiffs
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-4000

BY: _____
    JAMES HALLOWELL

**MICHAEL A. CARDOZO**
Corporation Counsel of
 the City of New York
Attorney for Brooklyn Bridge Park Corp.
100 Church Street, Room 5-134
New York, New York 10007
Tel: (212) 788-0788

BY: _____
    HALEY STEIN

**SIMON WYNN**
Senior Counsel
NYS URBAN DEVELOPMENT CORP.
633 Third Avenue, 37th Floor
New York, NY 10017
Tel: (212) 803-3777

BY: _____
    SIMON WYNN

**WILLKIE FARR & GALLAGHER LLP**
Attorneys for St. Ann's Warehouse, Inc.
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8203

BY: _____
    JOSEPH T. BAIO

**LORETTA E. LYNCH**
United States Attorney
Eastern District of New York
Attorney for the National Park Service and
 Kenneth Salazar, Secretary of the
 United States Department of the Interior
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6194

BY: _____
    DAVID M. ESKEW (DE 9120)
    Assistant U.S. Attorney

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this Standstill Agreement, faxed or scanned signatures shall be considered as original.

Dated:  New York, New York
         March 23, 2011

**GIBSON, DUNN & CRUTCHER LLP**
*Pro bono* Attorneys for Plaintiffs
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-4000

BY: _____
    JAMES HALLOWELL

**MICHAEL A. CARDOZO**
Corporation Counsel of
 the City of New York
Attorney for Brooklyn Bridge Park Corp.
100 Church Street, Room 5-134
New York, New York 10007
Tel: (212) 788-0788

BY: _____
    HALEY STEIN

**SIMON WYNN**
Senior Counsel
NYS URBAN DEVELOPMENT CORP.
633 Third Avenue, 37th Floor
New York, NY 10017
Tel: (212) 803-3777

BY: _____
    SIMON WYNN

**WILLKIE FARR & GALLAGHER LLP**
Attorneys for St. Ann's Warehouse, Inc.
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8203

BY: _____
    JOSEPH T. BAIO

**LORETTA E. LYNCH**
United States Attorney
Eastern District of New York
Attorney for the National Park Service and
    Kenneth Salazar, Secretary of the
    United States Department of the Interior
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6194

BY: _____
    DAVID M. ESKEW (DE 9120)
    Assistant U.S. Attorney

- 3 -



**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this Standstill Agreement, faxed or scanned signatures shall be considered as original.

Dated:       New York, New York
             March 23, 2011

**GIBSON, DUNN & CRUTCHER LLP**
*Pro bono* Attorneys for Plaintiffs
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-4000

BY: _____
       JAMES HALLOWELL

**MICHAEL A. CARDOZO**
Corporation Counsel of
the City of New York
Attorney for Brooklyn Bridge Park Corp.
100 Church Street, Room 6-134
New York, New York 10007
Tel: (212) 788-0788

BY: _____
       HALEY STEIN
         (HS 6676)

**SIMON WYNN**
Senior Counsel
NYS URBAN DEVELOPMENT CORP.
633 Third Avenue, 37th Floor
New York, NY 10017
Tel: (212) 803-3777

BY: _____
       SIMON WYNN

**WILLKIE FARR & GALLAGHER LLP**
Attorneys for St. Ann's Warehouse, Inc.
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8203

BY: _____
       JOSEPH T. BAIO

**LORETTA E. LYNCH**
United States Attorney
Eastern District of New York
Attorney for the National Park Service and
       Kenneth Salazar, Secretary of the
       United States Department of the Interior
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6194

BY: _____
       DAVID M. ESKEW (DE 9120)
       Assistant U.S. Attorney

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: APR 04 2011

s/ENV
_____
**Eric N. Vitaliano**
**United States District Judge**

- 3 -