UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

BROOKLYN HEIGHTS ASSOCIATION, INC., BY ITS
PRESIDENT JANE MCGROARTY,

FULTON FERRY LANDING ASSOCIATION, BY ITS
PRESIDENT JOAN ZIMMERMAN, and

THE NEW YORK LANDMARKS CONSERVANCY,          Case No: 11 CV 0226 (ENV)

                                     Plaintiffs,

v.

NATIONAL PARKS SERVICE,

KENNETH SALAZAR,
Secretary of the U.S. Department of the Interior, and

BROOKLYN BRIDGE PARK DEVELOPMENT
CORPORATION,

                                     Defendants.

BROOKLYN BRIDGE PARK CORPORATION,

ST. ANN'S WAREHOUSE, INC.

                                     Defendants-Intervenors.

------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

Please take note that Adam Stolorow, an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, hereby enters an appearance as counsel for Defendant-Intervenor Brooklyn Bridge Park Corporation.

Dated: April 5, 2011
       New York, New York

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Brooklyn Bridge Park Corporation
Defendant-Intervenor
100 Church Street, Room 6-142
New York, New York 10007
(212) 788-1579

By: _____
ADAM STOLOROW (AS 5676)
Assistant Corporation Counsel

2